eration or decision of this application. *Solicitor General Perlman* for the United States. *L. M. McBride* for respondent in No. 273. *Louis H. Hall* for respondent in No. 274.

*Certiorari Denied.* *(See also No. 324 and No. 155, Misc., supra.)*

No. 186. DALLAS *v.* RENTZEL, CIVIL AERONAUTICS ADMINISTRATOR. C. A. 5th Cir. Certiorari denied. *H. P. Kucera* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson* and *William D. McFarlane* for respondent.

No. 218. P. DOUGHERTY Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Theodore B. Benson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Joseph Kovner* for the United States.

No. 267. SACHS *v.* GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied. *Nathan Witt* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for respondent.

No. 275. NEWS SYNDICATE Co., INC. *v.* MATTOX. C. A. 2d Cir. Certiorari denied. *Stuart N. Updike* for petitioner. *Louis B. Fine* for respondent.

No. 276. HOUSTON OIL Co. *v.* AMERICAN REPUBLICS CORP. C. A. 5th Cir. Certiorari denied. *William Hamlet Blades* and *T. E. Kennerly* for petitioner. *Beaman Strong* for respondent.